

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA     '08 MJ 8551

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 21 U.S.C. § 952 and 960 |
| Pablo Zamna LICEAGA ) | Importation of a Controlled Substance (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

That on or about June 17, 2008, within the Southern District of California, defendant Pablo Zamna LICEAGA, did knowingly and intentionally import approximately 33.80 kilograms (74.36 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Stewart Harvey
Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 18th DAY OF JUNE 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
   v.
Pablo Zamna LICEAGA

### STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Stewart Harvey.

On June 17, 2008, at approximately 1753 hours, Pablo Zamna LICEAGA entered the United States through the Calexico, CA West Port of Entry. LICEAGA was the sole occupant driver of a 2000 Chevrolet Silverado bearing California license plate 8P44837.

During the primary inspection of the vehicle, Customs and Border Protection Officer (CBPO) Torres questioned LICEAGA regarding his purpose of visiting Mexicali, Mexico. LICEAGA stated he was visiting his girlfriend in Mexicali, Mexico. When asked who the vehicle belonged to, LICEAGA stated he purchased the vehicle two months ago. CBPO Torres then asked LICEAGA where he lived. LICEAGA stated he lived in San Diego, California. Upon further inspection of the vehicle, CBPO Torres tapped the gas tank of the vehicle and heard a solid sound. CBPO Torres referred LICEAGA and the vehicle to the vehicle secondary lot for further inspection.

While at the vehicle secondary inspection lot, CBPO Mendibles received a negative Customs declaration from LICEAGA. CBPO Mendibles then questioned LICEAGA regarding his trip to Mexicali. LICEAGA stated he traveled to Mexicali to visit his girlfriend, Carmen. When asked who the vehicle belonged to, LICEAGA stated he owns the vehicle. When asked where he was traveling to, LICEAGA

1  stated he was on his way home to San Diego. During the questioning
2  of LICEAGA, CBPO Mendibles noticed LICEAGA was pretending to read a
3  magazine while answering routine questions. At that point CBPO
4  Mendibles stopped questioning LICEAGA and conducted a cursory
5  inspection of the vehicle. CBPO Mendibles then tapped the gas tank
6  of the vehicle and noticed the gas tank felt solid. During the
7  secondary inspection of the vehicle, CBPO Mendibles asked CBP
8  Canine Enforcement Officer (CEO) Anzaldo to utilize his Human-
9  Narcotic Detector Dog (HNDD) on the vehicle. CEO Anzaldo's HNDD
10 alerted to the rear of the vehicle.
11
12    Upon further inspection of the vehicle, CBPO Mendibles
13 discovered thirty-one (31) packages containing a green-leafy
14 substance, which field-tested positive for marijuana. All thirty-
15 one packages were located in the gas tank of the vehicle. A total
16 of 33.80 kilograms (74.36 pounds) of marijuana were concealed in
17 gas tank of the vehicle.
18
19
20
21
22
23
24
25
26
27
28